McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-07-058 FCD |
| Plaintiff, ) | **STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; ORDER** |
| v. ) | |
| DANIEL MILLAN SANCHEZ, and ) JACOBO FERNANDEZ, ) | |
| Defendant. ) | |

    It is hereby agreed by the parties through their respective counsel, and requested of the Court, that the status conference presently scheduled for Monday, April 2, 2007, be continued to Monday, May 7, 2007, at 9:30 a.m.  The reason for the request is that the parties have recently been sent the full discovery in the case and need time to review it with their clients and to explore possible disposition of the case.  Additionally, counsel for defendant Fernandez is currently in trial which is expected to last until approximately May 10, 2007,  further compressing the time he currently has available to review the discovery and consult with his client.

    It is also agreed that the time between (and including) April 2, 2007, and May 7, 2007, be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (reasonable time necessary for effective defense preparation) with the Court to find that the ends of justice served by the continuance outweigh the best interests of the defendant and the government in a speedy trial.

    Finally, counsel for defendant Sanchez has filed a motion to disclose informants, a motion for

1

discovery and a motion for 404(b) evidence. Those motions were filed prior reviewing all the discovery or discussing the matter with government counsel to see what if any issues could be resolved. Counsel for defendant Sanchez has agreed to withdraw the motions with the understanding that he could refile the motions at a later time, if necessary, under a schedule to be agreed upon by the parties and the Court.

Dated: March 29, 2007

                              McGREGOR W. SCOTT
                              United States Attorney

By:   /s/ Richard J. Bender
       RICHARD J. BENDER
       Assistant U.S. Attorney

Dated: March 29, 2007

                                  /s/ Robert L. Forkner
                              ROBERT L. FORKNER
                              Attorney for Daniel Sanchez

Dated: March 29, 2007

                                  /s/ Preciliano Martinez
                              PRECILIANO MARTINEZ
                              Attorney for Jacobo Fernandez

It is SO ORDERED,

Dated: March 29, 2007.

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE