PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JACOBO FERNANDEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JACOBO FERNANDEZ and DANIEL MILLAN SANCHEZ,<br><br>        Defendants. | CASE NO. 2:07-cr-0058-FCD<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>DATE:  SEPTEMBER 14, 2007<br>TIME:  10:00 A.M.<br>JUDGE:  FRANK C. DAMRELL Jr. |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Richard Bender, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant, Jacobo Fernandez, and Robert Forkner, Counsel for Defendant, Daniel Millan Sanchez, that the hearing date scheduled for September 14, 2007, be vacated and the hearing be continued to this court's calendar on September 24, 2007 at 10:00 a.m. This continuance is requested due to the fact that Mr. Preciliano Martinez has a scheduling conflict on this date with state matters set for preliminary examination (People v. Charles Smith III – Case #1218718; People v. Rafael Barragan – Case #MF42401).

///

///

The court is advised that counsel have conferred about this request, that they have agreed to the September 24, 2007 date and that Mr. Bender and Mr. Forkner have authorized Preciliano Martinez to sign this stipulation on their behalf.

**IT IS SO STIPULATED**

Dated: September 11, 2007        /s/ Preciliano Martinez
                                 PRECILIANO MARTINEZ
                                 Attorney for Defendant
                                 Jacobo Fernandez

Dated:  September 11, 2007       /s/Robert Forkner         .
                                 ROBERT FORKNER
                                 Attorney for Defendant
                                 Daniel Millan Sanchez

Dated: September 11, 2007        /s/Richard Bender
                                 RICHARD BENDER
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: September 11, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE