McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CR-00058-FCD |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE AND PUBLICATION |
| v. ) | THEREOF |
| ) | |
| DANIEL MILLAN SANCHEZ, and ) | |
| JACOBO FERNANDEZ, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Daniel Millan Sanchez and Jacobo Fernandez, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853(a), defendants Daniel Millan Sanchez and Jacobo Fernandez' interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a). Approximately $13,937 in U.S. Currency seized from 3725 Section Avenue, Stockton, CA; and

    b). Approximately $3,300 in U.S. Currency seized from 1816 Pissarro Court, Stockton, CA.

2.  The above-listed properties constitute or are derived

1

from proceeds defendants obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841(a)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described properties. The aforementioned properties shall be seized and held by the United States Marshals Service, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Stockton Record</u> (San Joaquin County), a newspaper of general circulation located in the county in which the above-described properties were seized, notice of this Order, notice of the Attorney General's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the above-listed properties must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the properties and any additional facts supporting the petitioner's claim and the relief sought.

c. The United States may also, to the extent

practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

    SO ORDERED this 24th day of October, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE