1

PRECILIANO MARTINEZ
ATTORNEY AT LAW

2

State Bar No. 93253
801 15th St, Suite F

3

Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

4

5

Attorney for Defendant
JACOBO FERNANDEZ

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

THE UNITED STATES OF AMERICA,          )
                                        )   CASE NO. 2:07-cr-0058-FCD

11

              Plaintiff,                )
                                        )   AMENDED STIPULATION AND ORDER

12

        vs.                             )   VACATING DATE AND CONTINUING
                                        )   CASE

13

                                        )
JACOBO FERNANDEZ,                       )   DATE   :   December 3, 2007

14

                                        )   TIME   :   10:00 a.m.
              Defendant.                )   JUDGE  :   Hon. Frank C. Damrell Jr.

15

16

17

18

        IT IS HEREBY STIPULATED by and between Assistant United States Attorney

19

Richard Bender, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant,

20

JACOBO FERNANDEZ, that the Sentencing date scheduled for December 3, 2007, be vacated

21

and the Sentencing be continued to this court's calendar on January 14, 2008 at 10:00 a.m..  This

22

continuance is requested due to the fact that Mr. Preciliano Martinez is scheduled to be in Trial

23

commencing December 3, 2007 (USA v. Carlos Moreno-Pacheco, Case No.:  1: 06-cr-00381-

24

LJO).

25

        The court is advised that counsel have conferred about this request, that they have agreed

26

27

to January 14, 2008 at 10:00 a.m. and that Mr. Bender has authorized Preciliano Martinez to sign

28

this stipulation on his behalf.

1

1  **IT IS SO STIPULATED.**

2  Dated:  11/29/07                                  /s/  Preciliano Martinez                    .

3                                                    PRECILIANO MARTINEZ
                                                     Attorney for Defendant
4                                                    JACOBO FERNANDEZ

5

6  Dated:   11/29/07                                  /s/  Richard Bender                    .

7                                                    RICHARD BENDER
                                                     Assistant United States Attorney
8                                                    Attorney for Plaintiff

9          **IT IS SO ORDERED.**

10  Dated:  November 30, 2007

11

12                                                 _____

13                                                 FRANK C. DAMRELL, JR.
                                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28