PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JACOBO FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 2:07-cr-0058-FCD |
| Plaintiff, | ) | |
| | ) | AMENDED STIPULATION AND ORDER |
| vs. | ) | VACATING DATE AND CONTINUING |
| | ) | CASE |
| | ) | |
| JACOBO FERNANDEZ, | ) | DATE   :   December 3, 2007 |
| | ) | TIME   :   10:00 a.m. |
| Defendant. | ) | JUDGE  :   Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Richard Bender, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant, JACOBO FERNANDEZ, that the Sentencing date scheduled for December 3, 2007, be vacated and the Sentencing be continued to this court's calendar on January 14, 2008 at 10:00 a.m.. This continuance is requested due to the fact that Mr. Preciliano Martinez is scheduled to be in Trial commencing December 3, 2007 (USA v. Carlos Moreno-Pacheco, Case No.: 1: 06-cr-00381-LJO).

The court is advised that counsel have conferred about this request, that they have agreed to January 14, 2008 at 10:00 a.m. and that Mr. Bender has authorized Preciliano Martinez to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: 11/29/07                             /s/ Preciliano Martinez            .
                                            PRECILIANO MARTINEZ
                                            Attorney for Defendant
                                            JACOBO FERNANDEZ


Dated:  11/29/07                             /s/ Richard Bender                .
                                            RICHARD BENDER
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated:  November 30, 2007

                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE