McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00058-FCD |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| DANIEL MILLAN SANCHEZ, and JACOBO FERNANDEZ, | ) | |
| Defendants. | ) | |

WHEREAS, on or about October 25, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreements entered into between plaintiff and defendants Daniel Millan Sanchez and Jacobo Fernandez forfeiting to the United States the following property:

a). Approximately $13,937 in U.S. Currency seized from 3725 Section Avenue, Stockton, CA; and

b). Approximately $3,300 in U.S. Currency seized from 1816 Pissarro Court, Stockton, CA.

AND WHEREAS, on November 6, 13, and 20, 2007, the United States published notification of the Court's Preliminary Order of Forfeiture in The Stockton Record (San Joaquin County), a newspaper of general circulation located in the county in which the subject

1

3 of the publication date for a hearing to adjudicate the validity of
4 their alleged legal interest in the forfeited property;
5     AND WHEREAS, the United States of America provided or attempted
6 to provide direct written notice to Morina Gonzales, Olga Millan
7 Carrasco, Ezquel Yanez Reyes, and Laura Carrasco;
8     AND WHEREAS, the Court has been advised that no third party has
9 filed a claim to the subject property, and the time for any person
10 or entity to file a claim has expired.
11     Accordingly, it is hereby ORDERED and ADJUDGED:
12     1.  A Final Order of Forfeiture shall be entered forfeiting to
13 the United States of America all right, title, and interest in the
14 above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed
15 of according to law, including all right, title, and interest of
16 Daniel Millan Sanchez and Jacobo Fernandez.
17     2.  All right, title, and interest in the above-described
18 property shall vest solely in the name of the United States of
19 America.
20     3.  The U.S. Marshals Service shall maintain custody of and
21 control over the subject property until it is disposed of according
22 to law.
23     SO ORDERED THIS 20th day of _____, 2008.
24
25                                     _____
26                                     FRANK C. DAMRELL, JR.
                                       United States District Judge
27
28